**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SAMSON TILLIS, JR.                                                                                      PLAINTIFF

v.                                        3:12-cv-00029-SWW-JTK

RONNIE COLEMAN, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of March 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE